Certificate Number: 05781-TXS-DE-041192987

Bankruptcy Case Number: 26-34149



05781-TXS-DE-041192987

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 10, 2026, at 11:16 o'clock PM PDT, Jacqueline Harvey completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the Southern District of Texas.

Date:   July 10, 2026                          By:      /s/Allison M Geving

                                               Name:   Allison M Geving

                                               Title:   President