Certificate Number: 05781-TXS-DE-041200426

Bankruptcy Case Number: 21-31779



05781-TXS-DE-041200426

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 13, 2026, at 2:13 o'clock PM PDT, Levin Hunter Jr completed a course on personal financial management given by telephone by Sage Personal Finance, a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the Southern District of Texas.

Date:   July 13, 2026                          By:      /s/Allison M Geving

Name:   Allison M Geving

Title:   President