Certificate Number: 05781-TXS-DE-041200429

Bankruptcy Case Number: 21-31779



05781-TXS-DE-041200429

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 13, 2026, at 2:13 o'clock PM PDT, Kim Hunter completed a course on personal financial management given by telephone by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Southern District of Texas.

Date:  July 13, 2026                    By:     /s/Allison M Geving

                                        Name:  Allison M Geving

                                        Title:   President